IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD HAWKINS,<br>    Plaintiff | :<br>:<br>: |
| vs. | : CIVIL NO. 1:CV-10-2568<br>: |
| PA. DEPARTMENT OF<br>CORRECTIONS, et al.<br>    Defendants | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 6th day of March, 2012, upon consideration of the report (Doc. 29) of the magistrate judge, filed February 7, 2012, and the lack of objections thereto, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  The federal civil-rights claims are hereby dismissed.

    3.  Plaintiff's state-law claims are dismissed without prejudice to filing them in state court.

    4.  The Clerk of Court shall close this file.

                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge